**The Hon Judge Robert J. Bryan**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BARBARA I. ROBBINS, a single person,<br><br>    Plaintiff,<br>vs.<br><br>WAL-MART STORES, INC., a Delaware corporation, BRUNSWICK CORPORATION, a Delaware corporation,<br><br>    Defendants. | Cause No. **CV4 5469 RJB**<br><br>**STIPULATION AND ORDER CONTINUING TRIAL AND RESETTING PRETRIAL DATES** |

### **STIPULATION**

THE Plaintiff advise the court that the Plaintiff has recently received treatment for the continuing problems she has had with her right shoulder, arm, wrist and hand (all of which were injured in the accident which gives rise to this lawsuit), including an MRI and Physical Therapy.  The doctor, which the Plaintiff has been treating with, has advised her that, notwithstanding the improvement, in ROM and strength and the more regular use of her right arm, that she may receive from the physical therapy, that she will have to have surgery on her right shoulder.  The procedure will be either arthroscopic surgery or potentially a prosthetic / shoulder replacement surgery, neither

**STIPULATION AND ORDER CONTINUING TRIAL AND RESETTING PRETRIAL DATES**
Page 1 of 4  s:\bryan\share\robbins.stip.ord.doc

**SNYDER LAW FIRM**
920 ALDER AVENUE, SUITE 201
SUMNER  WA 98390-1406
(253) **863-ATTY** - FAX: (253) 863-1483

1 of which procedures would be completed before the mid to latter part of September
2 2005.
3     Though the Defendants do not stipulate or agree that the Plaintiffs current
4 physical problems are causally related to the accident which is the impetus for this
5 lawsuit and reserve the right to challenge such "causation", nevertheless, based on
6 the Plaintiff's continuing treatment and likely need for surgery, which would occur
7 shortly before the currently scheduled trial date, and as a mediation should still take
8 place before both sides incur the costs of experts and further discovery, following the
9 Plaintiff's course of additional treatment, the parties agree that the trial date should be
10 continued not less than ninety (90) but not more than one-hundred eighty (180) days
11 from the current date set for trial (October 17, 2005).
12     The parties request that the Court continue the trial date (with the below
13 proposed date of MAY 8, 2006 being the first available "first set" according to the
14 Court's present trial calendar, which also works for both parties' counsel's trial
15 schedules) and adjust the other dates as set forth in the proposed order.  The parties
16 agree that discovery of the additional facts relating to the Plaintiff's continuing
17 treatment, should be able to be completed during that timeframe and the parties will
18 cooperate with discovery.

19

20     Agreed to this **2nd** day of **AUGUST, 2005**.

21
22
23 **SNYDER LAW FIRM**                    **FORSBERG & UMLAUF, P.S.**

24
25

**STIPULATION AND ORDER CONTINUING TRIAL
AND RESETTING PRETRIAL DATES**
Page 2 of 4   s:\bryan\share\robbins.stip.ord.doc

**SNYDER LAW FIRM**
920 ALDER AVENUE, SUITE 201
SUMNER WA 98390-1406
(253) **863-ATTY** - FAX: (253) 863-1483

By: s/_____          By: s/_____
    Klaus O. Snyder, WSBA# 16195           Roy Umlauf, WSBA# 15437
    Attorneys for Plaintiff                Attorneys for Defendants

## ORDER

This having come before the Court on the stipulation of the parties, the Court finds that there is good cause to continue the trial date and extend the dates to allow the time for the Plaintiff's continuing medical treatment/surgery and recovery from such treatment, and to allow the parties to still participate in mediation.  The Court agrees that the following new dates are set, amending the previous case scheduling order.

| | |
|---|---|
| FIVE-DAY JURY TRIAL set for 9:30 a.m. on | May 8, 2006 |
| Disclosure of expert testimony under FRCP 26(a)(2) | March 10, 2006 |
| All motions related to discovery must be FILED by | February 24, 2006 |
| Discovery COMPLETED by | February 28, 2006 |
| All dispositive motions must be FILED by | March 17, 2006 |
| Mediation per CR 39.1(c)(3) HELD no later than | February 17, 2006 |
| Settlement conference per CR 39.1(c)(2) HELD no later than | March 24, 2006 |
| Letter of compliance as to CR 39.1 FILED by | April 5, 2006 |

    A roster of Local Rule 39.1 mediators can be located on the Internet at <u>www.wawd.uscourts,gov</u>.  If you do not have access to the Internet, please contact the Clerk's Office at 253-593-6581

| | |
|---|---|
| Motions in limine should be FILED by | April 11, 2006 |
|    And NOTED on the motion calendar no later than the second Friday thereafter | |
| Agreed pretrial order LODGED with the Court by | April 21, 2006 |
| Pretrial conference will be HELD at 8:30 a.m. on | April 28, 2006 |
| Trial briefs, proposed voir dire and jury instructions due | April 28, 2006 |

SIGNED this 30th day of August, 2005.

**STIPULATION AND ORDER CONTINUING TRIAL AND RESETTING PRETRIAL DATES**
Page 3 of 4   s:\bryan\share\robbins.stip.ord.doc

**SNYDER LAW FIRM**
920 ALDER AVENUE, SUITE 201
SUMNER  WA 98390-1406
(253) **863-ATTY -** FAX: (253) 863-1483

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

Submitted By:

**SNYDER LAW FIRM**


By: s/_____
    Klaus Snyder, WSBA #16195
    Attorneys for Plaintiff


**FORSBERG & UMLAUF, P.S.**


By: s/_____
    Roy Umlauf, WSBA #15437
    Attorneys for Defendants

**STIPULATION AND ORDER CONTINUING TRIAL AND RESETTING PRETRIAL DATES**
Page 4 of 4   s:\bryan\share\robbins.stip.ord.doc

**SNYDER LAW FIRM**
920 ALDER AVENUE, SUITE 201
SUMNER WA 98390-1406
(253) **863-ATTY -** FAX: (253) 863-1483